IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STEVEN LEE STRANGE                                       PLAINTIFF

VERSUS                                       CIVIL ACTION NO. 1:09-cv-252-HSO-JMR

MIKE BYRD, *et al.*                                       DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This cause comes before the Court on the Report and Recommendations [28] of Chief United States Magistrate Judge John M. Roper, entered in this cause on May 12, 2010. Magistrate Judge Roper reviewed the Motion for Summary Judgment [24] filed on November 25, 2009, by Defendants Mike Byrd, Ken Broadus, Jerome Barnes, and Jackson County Board of Supervisors, and determined that it should be granted, and that Plaintiff's claims should be dismissed with prejudice. *See* Report and Recommendations, at pp. 1, 21. Plaintiff did not respond to the Motion or file an objection to the Report and Recommendations. After a review of the record, the Court, being fully advised in the premises, finds that said Report and Recommendations should be adopted as the opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and Recommendations [28] of Chief United States Magistrate Judge John M. Roper, entered in this cause on May 12, 2010, should be, and the same hereby is, adopted as the finding of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Motion for Summary Judgment [24] filed on November 25, 2009, by Defendants Mike Byrd,

Ken Broadus, Jerome Barnes, and Jackson County Board of Supervisors should be and hereby is **GRANTED**, and Plaintiff's claims against Defendants Mike Byrd, Ken Broadus, Jerome Barnes, and Jackson County Board of Supervisors are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 28th day of July, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE