IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**STEVEN LEE STRANGE**                      **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO. 1:09-cv-252-HSO-JMR**

**MIKE BYRD,** *et al.*                      **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on the Motion for Summary Judgment [24] filed on November 25, 2009, by Defendants Mike Byrd, Ken Broadus, Jerome Barnes, and Jackson County Board of Supervisors. The Court, after a full review and consideration of Defendants' Motion and Chief Magistrate Judge John M. Roper's Report and Recommendations [28], as well as the pleadings on file and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this cause is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 28th day of July, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE